# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RAY VANCE, | ) Case No. ED CV 14-1752 MMM (MRW) |
|         Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF |
| W.L. MONTGOMERY, Warden, | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
|         Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered GRANTING the petition in part and DENYING the petition in part.

DATE: July 10, 2015

                                                        _Margaret M. Morrow_
                                          HON. MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE