# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN RAY VANCE, | Case No. ED CV 14-1752 MMM (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is granted in part and denied in part, and this action is dismissed with prejudice. The petition is granted with respect to petitioner's felon in possession conviction, and the state court is directed to resentence petitioner within ninety days after the later of the filing of this judgment or the conclusion of appellate proceedings. Petitioner's other claims are denied.

DATE: July 10, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE